THE HONORABLE J. KELLEY ARNOLD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON STURDEVANT, ) | Civil No.  CO5-5511JKA |
| ) | |
| Plaintiff, ) | ORDER AND JUDGMENT OF DISMISSAL |
| ) | |
| vs. ) | |
| ) | |
| YAMAHA MOTOR COMPANY, LTD (Yamaha ) | |
| Hatsudoki, K.K.), a Japanese corporation; ) | |
| YAMAHA CORPORATION OF AMERICA, a ) | |
| California corporation; and YAMAHA MOTOR ) | |
| CORPORATION, U.S.A., a California corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Based upon the Stipulation filed herein,

IT IS ORDERED AND ADJUDGED that the above-entitled matter be and hereby is dismissed with prejudice and without costs to any party.

DATED this 1st day of December, 2006.

    /s/ J. Kelley Arnold_____
THE HONORABLE J. KELLEY ARNOLD
U.S. Magistrate Judge

Page 1 - ORDER AND JUDGMENT OF DISMISSAL

GAYLORD EYERMAN BRADLEY, P.C.
ATTORNEYS AT LAW
1400 S.W. MONTGOMERY
PORTLAND, OREGON  97201
(503) 222-3526